

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00191-CV
_____

IN THE INTEREST OF S.R.R. AND S.R., CHILDREN

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. DR-2017K-169, Honorable Jack M. Graham, Presiding

June 7, 2019

## ORDER OF ABATEMENT AND REMAND

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, R.G., appeals from the trial court's order terminating her parental rights. Although the order of termination provides that appellant's appointed counsel, Mr. Todd Henderson, "shall continue in that capacity until all appeals of a final order terminating parental rights are exhausted or waived unless otherwise ordered by the Court," appellant filed a notice of appeal, acting pro se. In the notice of appeal, appellant complains she received ineffective assistance of counsel.

Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings. On remand, the trial court shall utilize whatever means it finds necessary to determine the following:

(1)    whether appellant still desires to prosecute the appeal;

(2)    whether appellant is indigent;

(3)    whether new appellate counsel should be appointed; and

(4)    whether appellant is entitled to have the clerk's record and reporter's record furnished without charge.

Should the trial court determine that new appellate counsel should be appointed, the name, address, e-mail address, telephone number, and state bar number of newly-appointed counsel shall be provided to the clerk of this court in an order of the court. The trial court shall also issue findings of fact and conclusions of law addressing the foregoing subjects. A clerk's record containing the trial court's orders and findings of fact and conclusions of law shall be filed with the clerk of this court on or before June 21, 2019.

It is so ordered.

Per Curiam